IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11–08–BU–DWM |
| Plaintiff, | |
| vs. | ORDER |
| SETH PATRICK DURNAM, | |
| Defendant. | |

In anticipation of the final revocation hearing in this case, the Court provides notice that it is contemplating imposing an upward variance of 24 months based on the Guideline range as currently calculated. *Cf.* Fed. R. Crim. P. 32(h). Such a variance is contemplated in light of 18 U.S.C. § 3583(e)(3).

DATED this 29th day of March, 2022.

Donald W. Molloy, District Judge
United States District Court