IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11–08–BU–DWM |
| Plaintiff, | |
| v. | ORDER |
| SETH PATRICK DURNAM, | |
| Defendant. | |

The government has moved unopposed to allow expert testimony via video or Zoom at the final revocation set for May 12, 2022, at 9:00 a.m. in Missoula, Montana. Accordingly,

IT IS ORDERED that Defendant's motion (Doc. 84) is GRANTED. United States Probation Officer John S. Pyburn, Sr., from the District of Utah, may appear remotely at the revocation hearing. The Clerk of Court will notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing.

DATED this 5th day of April, 2022.

Donald W. Molloy, District Judge
United States District Court