IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-08-BU-DWM |
| Plaintiff, | |
| vs. | ORDER |
| SEAN PATRICK DURNAM, | |
| Defendant. | |

On October 8, 2025, United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendations with respect to the disposition of the revocation proceedings stemming from the September 2, 2025, petition for revocation of Defendant Sean Patrick Durnam's supervised release. (*See* Docs. 116, 127.) The petition alleges four violations: (1) failure to report for and termination from sex offender treatment, (2) positive urinalysis tests for and admitted use of methamphetamine (3x), (3) failure to report for random urinalysis testing (2x), and (4) failure to report for a substance abuse counseling appointment. (Doc. 116)

At a final revocation hearing on October 7, 2025, Durnam admitted all violations. Based on those admissions, Judge Cavan found that Durnam

1

committed the violations alleged in the petition and recommends that supervised release be revoked and that this Court sentence Durnam to 11 months of imprisonment followed by 180 months of supervised release. (Doc. 127.)

Neither party has filed objections. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2). But consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). Finding no clear error in Judge Cavan's conclusion that the defendant violated the conditions of his release in the manner set forth in the petition, and that the defendant's supervision should be revoked, the Court adopts those findings and recommendations. (*See* Doc. 127.)

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendation, (Doc. 127), is ADOPTED IN FULL.

IT IS FURTHER ORDERED that the defendant's supervised release is revoked. Judgment will be entered by separate document.

DATED this 24th day of October, 2025.

Donald W. Molloy, District Judge
United States District Court