IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SETH PATRICK DURNAM,<br><br>Defendant. | CR 11–08–BU–DWM<br><br><br><br>ORDER |

On September 22, 2026, United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendations with respect to the disposition of the revocation proceedings stemming from the August 31, 2026, petition for revocation of Defendant Seth Patrick Durnam's supervised release. (Docs. 133, 140.) The petition alleges six violations: (1) failure to participate in substance abuse testing; (2) failure to report to the probation officer as instructed; (3, 4, 5) three instances of failure to refrain from any unlawful use of a controlled substance; and (6) failure to complete outpatient sex offender treatment program. (Doc. 140.) On September 22, 2026, Judge Cavan conducted a final revocation hearing at which Durnam admitted all violations. (Doc. 144.) Based on the admitted conduct, Judge Cavan found that Durnam committed the violations alleged in the petition, and recommended that supervised released be revoked and that this Court sentence Durnam to 11 months imprisonment followed by 180

months of supervised release. (*Id.*)

Neither party has filed objections. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2). But consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). Finding no clear error in Judge Cavan's conclusion that supervised released be revoked and that this Court sentence Durnam to 11 months imprisonment followed by 180 months of supervised release, the Court adopts those findings and recommendations. (*See* Doc. 144.)

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendations, (Doc. 144), is ADOPTED IN FULL.

IT IS FURTHER ORDERED that the defendant's supervised release is revoked. Judgment will be entered by separate document.

DATED this 14 day of October, 2026.

Donald W. Molloy, District Judge
United States District Court